[No. 31670-0-III. Division Three. March 10, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ISIDRO LICON, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 12-1-50078-8, Vic L. VanderSchoor, J., entered April 16, 2013. *Affirmed* by unpublished opinion per Fearing, J., concurred in by Brown, A.C.J., and Korsmo, J.

[No. 31936-9-III. Division Three. March 10, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM LEE FULTZ, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 13-1-01253-8, Maryann C. Moreno, J., entered September 11, 2013. *Affirmed* by unpublished opinion per Brown, J., concurred in by Siddoway, C.J., and Korsmo, J.

[No. 32207-6-III. Division Three. March 12, 2015.]

MONICA HUNT, *Appellant*, v. THE DEPARTMENT OF ECOLOGY, *Respondent*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 12-2-00390-7, Frances P. Chmelewski, J., entered December 27, 2013. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Siddoway, C.J., and Fearing, J.

[No. 70569-5-I. Division One. March 16, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. AVRUM TSIMERMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-01506-2, Monica J. Benton, J., entered May 31, 2013. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Spearman, C.J., and Leach, J.